App. Div.] First Department, June, 1916.

Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and in the court below. No opinion. Present— Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

Hudson Wrecking and Lumber Company, Inc., Appellant, v. Spencer Aldrich, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

Sarah Catherine Howes, as Administratrix, etc., Appellant, v. New York Press Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

Giovanni Bertoli, Appellant, v. Imperial Paint Company, Respondent. — Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

Eleanor B. Fox, an Infant, etc., Respondent, v. Katharine O'Brien, Individually and as Executrix and Trustee, etc., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

Merrick Theatre Company, Inc., Appellant, v. Weissager Amusement Construction Company and Another, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

The People of the State of New York on the Complaint of Adele E. Priess, Respondent, v. Christen P. Christensen, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

Clyde G. Benedict, Respondent, v. Carroll M. Robertson, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

In the Matter of the Application of The Public Service Commission for the First District of the State of New York for the Appointment of Commissioners of Appraisal, etc., Relative to Acquiring Title, etc., to Certain Premises Situate on the Northerly Side of East One Hundred and Thirty-eighth Street between Jackson Avenue and Southern Boulevard in the Borough of The Bronx, City of New York, etc. The Ebling Company, Appellant; The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

Louis Eig, as Administrator, etc., Appellant, v. Martin Schrenkeisen, Jr., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.

John P. Ostrander, as Administrator, etc., Respondent, v. Holbrook,